# PD-0655-16

No. [                    ]

## In the
## Supreme Court of Texas

Montreal De' Tray Ferrell,
    Petitioner,

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 20 2016

Abel Acosta, Clerk

v.

Brent A. Carr
    Respondent.

From the Second Court of Appeals, Cause No. 02-14-00475-CR,
and the CCC9 County Criminal Court for Tarrant County,
Cause No. 1354878, Honorable Brent A. Carr

## Petition for Waiver of Fee

Akhenatun Khalid El Bey
822582 General Post Office Box
North Richland Hills, TX 76182
Telephone: 817-500-3800
Facsimile: XXX-XXX-XXXX
constableoftherepublic@yahoo.com
Sui Juris

Petitioner respectfully request in the Criminal Court of Appeal of Texas that a waiver of $155.00 court fees etc. Petitioner has been placed upon some form of hardship by Respondent and by his or her agents. Petitioner fees for prior court CCC9 has been over payed and in full no return of funds from prior court CCC9 therefore places another hardship upon petitioner. Petitioner has afforded to prior court CCC9 a total of $593 when fees where only $220 (court) and $320 (probation) in fees which places another hardship on petitioner because we were told that it was our problem if we over payed court fee of $593 and another $320 for probation fees which total $913 payed in full therefore leaving petitioner with no grounds in which relief can be granted we pray the Criminal Court of Appeal of Texas grants this request of waiver.

*Akhenatun Khalid El Bey*

**Akhenatun Khalid El Bey**
**822582 General Post Office Box**
**North Richland Hills, TX 76182**
**Telephone: 817-500-3800**
**Facsimile: XXX-XXX-XXXX**
**constableoftherepublic@yahoo.com**
**Sui Juris**

**CERTIFICATE    OF    SERVICE**

I HEREBY CERTIFY that the undersigned has served
a true and correct copy of the foregoing
on the appellee either by personal delivery,
or by mailing to the attorneys for the plaintiff, at:
Dated this June 14, 2016

*Akhenatun-Khalid: El-Bey*
akhenatun-khalid: el-bey
Appellant